UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-cv-60551-WPD

**Starmark Financial, LLC**,

    Plaintiff,

v.

**Vasant Nanavati**,

    Defendant.
_____/

### ORDER APPROVING IN PART REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING OBJECTIONS; DENYING DEFENDANT'S MOTION TO DISMISS

THIS CAUSE is before the Court on *pro se* Defendant Vasant Nanavati's ("Defendant")'s Motion to Dismiss (the "Motion"), filed July 28, 2025 [DE 32] and United States Magistrate Judge Hunt's January 26, 2026 Report and Recommendation (the "Report") [DE 42]. The Court has conducted a *de novo* review of the Report, Plaintiff's Objections to the Report and Recommendation [DE 47], and the record and is otherwise fully advised in the premises.

Defendant moved to dismiss for lack personal jurisdiction, improper venue, failure to state a claim, failure to join indispensable parties, and improper service. [DE 32]. In the Report, Judge Hunt found that the Motion should be denied in all respects, except for improper service. On that basis, Judge Hunt found that the Motion should be granted, as Plaintiff's method of service through the Secretary of State was improperly effectuated. [DE 42].

Upon receipt of the Report, Plaintiff undertook to re-serve Defendant. As of February 6, 2026, Defendant has been properly served. *See* [DE 48]. Accordingly, the basis on which Judge Hunt recommended granting the motion to dismiss is now moot. Furthermore, having conducted a *de novo*

review of the record, the Court agrees with the Report that the motion to dismiss is due to be denied on the remaining bases.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 42] is hereby **APPROVED IN PART**, as set out above.
2. Defendant's Objections [DE 47] are **GRANTED**.
3. Defendant's Motion to Dismiss [DE 32] is **DENIED**.
4. Defendant shall file an answer to the complaint not later than **March 5, 2026.**
5. The Clerk is **DIRECTED** to **MAIL** a copy of this Order to the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record

Magistrate Judge Hunt

**Vasant Nanavati**
125 Providence Street
West Warwick, RI 02893
Email: vasant.nanavati@gmail.com
PRO SE